UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KAMAL AZARI, et al., | No. C 13-1650 MEJ |
| Plaintiffs, | **STATUS ORDER** |
| v. | |
| SOLANO COUNTY TREASURER, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on July 11, 2013. However, as Defendants have made no appearance, the Court VACATES the July 11 conference and ORDERS Plaintiffs to file a status report by July 25, 2013.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
Maria-Elena James
United States Magistrate Judge