UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| KAMAL AZARI and PARI AZARI, | No. C 13-1650 MEJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| SOLANO COUNTY TREASURER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs Kamal and Pari Azari filed the above-captioned matter on April 11, 2013. However, Plaintiffs have made no further filings since that date, and there is no indication that Defendants have been served.  On July 8, 2013, the Court vacated the July 11 Case Management Conference and ordered Plaintiffs to file a status report by July 25, 2013.  Dkt. No. 7.  Plaintiffs failed to respond.  Accordingly, the Court hereby ORDERS Plaintiffs Kamal and Pari Azari to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by August 29, 2013.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 12, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiffs that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California